# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 6:09-CR-65-ORL-19GJK

JOSE ANTONIO AVILA ALMIRA

## ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 43, filed August 18, 2009) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 43) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Jose Antonio Avila Almira has entered a plea of guilty to Counts One, Two and Three of the Superseding Indictment knowingly, intelligently, and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Two and Three of the Superseding Indictment.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 38, filed August 3, 2009) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   19th   day of August, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy